IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 OCT 21 P 4: 2

| | | |
|---|---|---|
| Katrina Okoli | * | |
| Plaintiff, pro se | * | |
| v. | * | Civil Action No.: **06-CV-3025(WMN)** |
| MAYOR AND CITY COUNCIL OF BALTIMORE | * | |
| Defendant(s). | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that <u>Katrina Okoli, Plaintiff, pro se,</u> in the above captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the judgment entered in this case on the 22nd of September 2008.

October (ko)
~~September~~ 21, 2008
Date

Signature: Katrina Okoli

<u>Katrina Okoli</u>
Name (Print or Type)

<u>2714 Oakley Avenue</u>
Address

<u>Baltimore, MD  21215-5311</u>
City/State/Zip

<u>443-520-5110</u>
Phone Number

(U.S. District Court – Rev. 01/2001) Notice of Appeal - Civil